**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SECOND DIVISION**

Bettie Stephney and Theodore Stephney, individually and as husband and wife,

Court File No. 01-809JRT/FLN

Plaintiffs,

vs.

**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**

Wal-Mart Stores, Inc. and John Doe,

Defendants.

---

## STIPULATION

The parties request that the Scheduling Order signed by the Court on August 2, 2001, be amended as follows:

1. a. All motions which seek to amend the pleadings or add parties must be served by September 1, 2001, except that motions to amend to seek punitive damages may be made no later than June 1, 2002.

1.b. All discovery shall be commenced in time to be completed by May 1, 2002.

1.g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by May 1, 2002. . . .

2.b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before April 1, 2002.

2) By defendant on or before May 1, 2002.

2.c. Expert witnesses shall be deposed on or before May 1, 2002.

3.a. All dispositive motions shall be filed prior to June 1, 2002.

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/27/02

MURNANE, CONLIN, WHITE & BRANDT
Professional Association

Andrew T. Shern #100316
Attorney for Defendant
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

Dated: 2/28/02

JOSEPH H. RIVARD, P.A.

Joseph H. Rivard #91996
Attorney for Defendant
505 Tanglewood Drive
Shoreview, MN 55126
(651) 777-8141

**ORDER**

**IT IS SO ORDERED**, Trial ready date remains unchanged.

Dated this 7th day of MARCH, 2002.

BY THE COURT:

The Honorable Franklin L. Noel
Chief Magistrate Judge

495993