**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bettie Stephney and
Theodore Stephney,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

01cv809 (JEL/JGL)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: July 11, 2002.

JOAN E. LANCASTER, Judge
United States District Court

JUL 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK